UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Keith Tarvarus Lesane                              Docket No. 7:99-CR-3-1H

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keith Tarvarus Lesane, who, upon an earlier plea of guilty to 21 U.S.C. §841(a)(1) and 846, Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 20, 2001, to the custody of the Bureau of Prisons for a term of 214 months. On November 14, 2014, the court reduced the term of imprisonment to 170 months pursuant to 18 U.S.C. §3582(c)(2). It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. The court imposed the standard conditions of supervision and special conditions of drug aftercare, alcohol abstinence, warrantless searches, vocational training, and the DROPS program of intermittent confinement.

Keith Tarvarus Lesane was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 7, 2019, Lesane submitted a urine test and the result was positive for cocaine. He admitted using cocaine prior to the test date. The court imposed the DROPS program of intermittent confinement in response to illegal drug use. However, the Bureau of Prisons has been unable to quickly schedule such placements, so our office recommends the court strike the DROPS condition. To address this noncompliance, we recommend supervision be continued and Lesane has been admonished for using drugs while on supervision. We will increase our supervision, drug testing and treatment, and continue to work with him to improve his thinking and decisions going forward.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The DROPS condition heretofore imposed shall be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: March 14, 2019 |

**Keith Tarvarus Lesane**
**Docket No. 7:99-CR-3-1H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __18th__ day of __March__, 2019, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge