# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:99-CR-3-1H |
| Keith Tarvarus Lesane ) | USM No: 19573-056 |
| ) | |
| Date of Original Judgment: February 20, 2001 ) | |
| Date of Previous Amended Judgment: November 10, 2014 ) | Laura Wasco |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of N/A  months **is reduced to** N/A .

*(Complete Parts I and II of Page 2 when motion is granted)*

The term of supervised release is reduced to 4 years.

Defendant is eligible for a sentence reduction under section 404 of the First Step Act. He has completed his 170 months term of imprisonment and began supervised release on September 12, 2018. Other than one positive drug screen, he has been an excellent supervisee. He has had an excellent attitude, is polite and cooperative, has completed substance abuse treatment, and has paid his financial obligations. The government does not oppose a reduction in his term of supervised release from 5 years to 4 years. Having considered the 3553(a) factors as well as his post sentencing conduct, the court finds a reduction of the supervised release term is appropriate in this case.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated February 20, 2001, and November 10, 2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3/16/2021

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard   Senior U.S. District Judge
*Printed name and title*